UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:24-cr-27-JA-EJK
     18 U.S.C. § 1956(h)

CRISTIAN RODRIGUEZ LABOUR

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(Conspiracy to Commit Money Laundering)**

**A.   The Conspiracy**

1.   Beginning on or about February 25, 2021, and continuing through on or about February 8, 2022, in the Middle District of Florida, and elsewhere, the defendant,

CRISTIAN RODRIGUEZ LABOUR,

did knowingly combine, conspire, and agree with other persons known and unknown to the United States Attorney, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is computer fraud, bank fraud, and wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity and knowing that the property

involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

### B. Manner and Means

2. It was part of the conspiracy that conspirators would and did obtain unauthorized access to computer systems and email accounts of businesses located throughout the United States.

3. It was further part of the conspiracy that LABOUR and other conspirators would and did incorporate, and cause to be incorporated, fake businesses with the State of Florida

4. It was further part of the conspiracy that LABOUR and other conspirators would and did create, and cause to be created, bank accounts for the fake businesses at financial institutions that were insured by the Federal Deposit Insurance Corporation (FDIC), including at financial institutions located in the Middle District of Florida.

5. It was further part of the conspiracy that conspirators would and did use their unauthorized access to businesses' computers systems and email accounts to cause or fraudulently induce wire transfers from the bank accounts of various businesses into the fake business bank accounts controlled by LABOUR and other members of the conspiracy.

6. It was further part of the conspiracy that LABOUR and other conspirators then would and did keep some of the fraudulently obtained proceeds for their own personal use and would and did transfer, and cause to be transferred, the

2

remaining funds from the fake business accounts to various overseas bank accounts controlled by other members of the conspiracy.

7. It was further part of the conspiracy that the conspirators would and did perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 18 U.S.C. § 1956(h).

### FORFEITURE

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 982(a)(1).

2. Upon conviction of a conspiracy to violate 18 U.S.C. § 1956(h), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in the offense, or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

ROGER B. HANDBERG
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division